AUBREY H. MARTIN, complainant-appellant,

*v.*

CHARLES E. KIMBALL, substituted trustee, et al., defendants-respondents.

[Submitted July 10th, 1916.   Decided November 20th, 1916.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens, and reported *ante p. 10.*

*Messrs. Church & Harrison,* for the appellant.

*Mr. William Byrd, Mr. Stuart A. Young* and *Mr. James F. Mooney,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, BLACK, WHITE, HEPPENHEIMER, TAYLOR, GARDNER—12.

*For reversal*—None.